1  MARK ANCHOR ALBERT & ASSOCIATES
   MARK ANCHOR ALBERT, State Bar No. 137027
2     *albert@lalitigators.com*
   JASON T. RIDDICK, State Bar No. 235980
3     *riddick@lalitigators.com*
   800 W. 6th Street, Suite 1220
4  Los Angeles, California 90017
   Telephone: (213) 699-1355
5  Facsimile: (213) 699-1354

6  Attorneys for Plaintiff
   JEFFREY S. KOENIG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY S. KOENIG, an individual, | Case No. . 2:19-cv-01507-MCE-DB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE RELATED SB 27 ACTIONS** |
| v. | |
| GAVIN CHRISTOPHER NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as the Secretary of State of the State of California, | [Fed. R. Civ. P. 42(a); Local Rule 230(b)]<br><br>Time: 2:00 p.m.<br>Date: September 19, 2019<br>Place: Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 7, 14th floor |
| Defendants. | |
| AND RELATED ACTIONS. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Jeffrey S. Koenig hereby immediately withdraws and retracts his motion under Rule 42(b), Fed. R. Civ. Proc., filed day before yesterday, on August 12, 2019 (Doc. Nos. 12, 12.1 and 12.2) requesting an order consolidating *Jeffrey S. Koenig, etc., et al. v. Gavin Christopher Newsom,* No. 2:19-cv-01507-MCE-DB (the "*Koenig* Action"), with the following related actions:

1. *Jerry Griffin, et al. v. Alex Padilla, et al.,* 2:19-cv-01477-MCE-DB (the *Griffin* Action");
2. *Donald J. Trump for President, Inc., et al. v. Alex Padilla, et al.,* No. 2:19-cv-01501-MCE-DB (the "*Trump* Action); and
3. *Melissa Melendez, et al. v. Gavin Newsom, et al.,* No. 2:19-cv-01506-MCE-DB (the "*Melendez* Action," and collectively with the *Griffin* Action, the *Trump* Action, and the *Melendez* Action, the Related "SB 27 Actions") .

Yesterday, on August 13, 2019, counsel for the *Trump* Action and counsel for the *Menendez* Action filed briefs in the *Koenig* Action opposing Plaintiff Koenig's consolidation motion (Doc. No. 14 and Doc. No. 17, respecively). Given the alignment of interests of Plaintiff Koenig and his counsel with the aims and objectives of the *Trump* Action and the *Melendez* Action, Plaintiff and his counsel in the *Koenig* Action wish to support the *Trump* Action and the *Melendez* Action (as well as the *Griffin* Action). They do not wish to be in opposition to the other Plaintiffs.

In addition, because this Court, by his Related Case Order entered on August 9, 2018 (Doc. No. 8), and his Scheduling Order on August 12, 2019 (Doc. No. 15, entered shortly following the filing of Plaintiff's consolidation motion) has ruled that the briefing and hearing schedule for the three motions for preliminary injunction challenging the constitutionality of SB 27 in the *Trump* Action, the *Melendez* Action, and the *Koenig* Action are now coordinated, one of the key bases for the motion to consolidate has been *mooted*.

Accordingly, since Plaintiff Koenig and his counsel fully support the goals of President Donald Trump, in his capacity as a private citizen, Donald J. Trump for President, Inc., the

Republican National Committee, and the California Republican Party, in these related SB 27 Actions, Plaintiff and his counsel have agreed to their request, relayed by counsel for the President, as part of the same Trump Republican team, to withdraw Plaintiff's consolidation motion.

WHEREFORE, for the foregoing reasons, Plaintiff Koenig and his counsel hereby withdraw and retract their motion for consolidation and their request to consolidate the SB 27 Actions, effective immediately.

DATED: August 14, 2019                    MARK ANCHOR ALBERT & ASSOCIATES

By: _____ss//Mark Anchor Albert_____
        Mark Anchor Albert

Attorneys for Plaintiff
JEFFREY S. KOENIG