IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY GRIFFIN, et. al,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>ALEX PADILLA,<br><br>　　Defendant. | No. 2:19-cv-01477-MCE-DB<br><br>**ORDER GRANTING STATE DEFENDANTS' UNOPPOSED REQUEST FOR LEAVE TO FILE A SINGLE, COMBINED OVERSIZED OPPOSITION BRIEF TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION IN THE RELATED CASES AND PERMITTING ENLARGMENT OF REPLIES** |
| DONALD J. TRUMP, et al.,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>ALEX PADILLA, et al,<br><br>　　Defendants | No. 2:19-cv-01501-MCE-DB |

(caption continued on next page)

| | |
|---|---|
| MELISSA MELENDEZ, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:19-cv-01506-MCE-DB |
| JEFFREY S. KOENIG,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN CHRISTOPHER NEWSOM, et al.,<br><br>Defendants. | No. 2:19-cv-01507-MCE-DB |
| ROQUE ROCKY DE LA FUENTE,<br><br>Plaintiff,<br><br>v.<br><br>ALEX PADILLA,<br><br>Defendant. | No. 2:19-cv-01659-MCE-DB |

| | |
|---|---|
| 1 | Upon considering the State Defendants' unopposed request for leave to file a single, |
| 2 | combined brief with an enlarged page limit of 40 pages in opposition to the motions for |
| 3 | preliminary injunction filed by plaintiffs in the five related cases pending before this Court: |
| 4 | • Griffin v. Padilla, Case No. 2:19-cv-01477 |
| 5 | • Donald J. Trump for President, Inc. v. Padilla, Case No. 2:19-cv-01501 |
| 6 | • Melendez v. Newsom, Case No. 2:19-cv-01506 |
| 7 | • Koenig v. Padilla, Case No. 2:19-cv-01507 |
| 8 | • De La Fuente v. Padilla, Case No. 2:19-cv-01659; |
| 9 | IT IS HEREBY ORDERED as follows: |
| 10 | The request is GRANTED. The State Defendants in the five cases above may file a single, |
| 11 | combined brief with an enlarged limit of 40 pages in opposition to the motions for preliminary |
| 12 | injunction in the above-referenced cases. |
| 13 | Given the enlarged length of the State Defendants' Opposition, the court will also permit |
| 14 | reply memoranda of up to 20 pages in length. |
| 15 | IT IS SO ORDERED. |
| 16 | Dated: August 29, 2019 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE