

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY S. KOENIG, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN CHRISTOPHER NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as the Secretary of State of the State of California,<br><br>    Defendants.<br><br>AND RELATED ACTIONS. | Case No. 2:19-cv-01507-MCE-DB<br><br>**ORDER GRANTNG REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Time: 10:00 a.m.<br>Date: September 19, 2019<br>Place: Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 7, 14th floor |

1   THE COURT,

2   Having received and considered the request by Mark Anchor Albert, Esq., counsel for
3   Plaintiff Jeffrey S. Koenig in the above-captioned matter, for entry of an Order by this granting
4   leave to Mr. Albert to appear tomorrow *telephonically* at the hearing on the motions for preliminary
5   injunction filed by Plaintiff Koenig and by the other Plaintiffs in the related actions (Case Nos.
6   2:19-cv-1477-MCE-DB, 2:19-cv-01501-MCE-DB, 2:19-cv-01506-MCE-DB, and 2:19-cv-01659-
7   MCE-DB), due to fact that Mr. Albert has informed the Court that he has suffered a sudden medical
8   condition, just diagnosed (on September 17, 2019), which makes travel from Los Angeles to
9   Sacramento for the hearing ill-advised, and GOOD CAUSE APPEARING THEREFORE,

10  The Court GRANTS Mr. Albert's request and ORDERS that Mr. Albert shall be permitted
11  to appear and argue at the hearing on the related preliminary injunction motions telephonically.

13  DATED:  September 18, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTNG REQUEST FOR TELEPHONIC APPEARANCE