UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY GRIFFIN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ALEX PADILLA, Secretary of State of California, in his official capacity, <br><br> Defendant-Appellant, <br><br> v. <br><br> JEFFREY S. KOENIG, <br><br> Movant. | No.   19-17000 <br><br> D.C. No. 2:19-cv-01477-MCE-DB Eastern District of California, Sacramento <br><br> ORDER |
| DONALD J. TRUMP FOR PRESIDENT, INC.; DONALD J. TRUMP, in his capacity as a private citizen, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ALEX PADILLA, Secretary of State of California, in his official capacity, <br><br> Defendant-Appellant, <br><br> v. <br><br> JEFFREY S. KOENIG; JERRY GRIFFIN, | No.   19-17002 <br><br> D.C. No. 2:19-cv-01501-MCE-DB |

SM/MOATT

Movants.

MELISSA MELENDEZ; et al.,

        Plaintiffs-Appellees,

 v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California; ALEX PADILLA, Secretary of State of California, in his official capacity,

        Defendants-Appellants,

 v.

JERRY GRIFFIN,

        Movant.

No.   19-17004

D.C. No. 2:19-cv-01506-MCE-DB

JEFFREY S. KOENIG,

        Plaintiff-Appellee,

 v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California; ALEX PADILLA, Secretary of State of California, in his official capacity,

        Defendants-Appellants,

 v.

JERRY GRIFFIN; et al.,

No.   19-17007

D.C. No. 2:19-cv-01507-MCE-DB

|  |  |
|---|---|
| Movants. |  |

| | |
|---|---|
| ROQUE DE LA FUENTE, "Rocky", | No.   19-17009 |
| Plaintiff-Appellee, | D.C. No. 2:19-cv-01659-MCE-DB |
| v. | |
| ALEX PADILLA, Secretary of State of California, in his official capacity | |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, BERZON and BRESS, Circuit Judges.

Appellants' motion to dismiss these appeals as moot (Docket Entry No. 20 in appeal No. 19-17000) is granted.

Because these appeals were mooted by the California Supreme Court's decision in *Patterson v. Padilla*, No. S257302 (Cal. Nov. 21, 2019), and not through any voluntary actions of the parties, we remand these matters to the district court with instruction to vacate the October 2, 2019 order. *See* 28 U.S.C. § 2106; *Paulson v. City of San Diego*, 475 F.3d 1047, 1048-49 (9th Cir. 2007).

The parties should seek any other relief in district court.

The parties shall bear their own costs on appeal.

**DISMISSED and REMANDED with instructions.**