MARK ANCHOR ALBERT & ASSOCIATES
MARK ANCHOR ALBERT, State Bar No. 137027
800 W. 6th Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 699-1355
albert@lalitigators.com
*Attorneys for Plaintiff Jeffrey S. Koenig*

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
  455 Golden Gate Ave., Ste. 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3624
  Fax:  (415) 703-5843
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants Gavin Newsom and Alex Padilla, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY S. KOENIG, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN CHRISTOPHER NEWSOM, in his official capacity as Governor of the State of California, et al.,**<br><br>Defendants. | 2:19-cv-001507-MCE-DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER THEREON**<br>**(Fed. R. Civ. P. 41(a)(1)(A))**<br><br>Action Filed:  August 6, 2019<br><br>Judge: Morrison C. England, Jr. |

Plaintiff Jeffrey S. Koenig and Defendants Gavin Newsom and Alex Padilla stipulate to the voluntary dismissal with prejudice of this action under Federal Rule of Civil Procedure 41(a)(1)(A). The parties further stipulate that except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: April 8, 2020

Respectfully submitted,

MARK ANCHOR ALBERT & ASSOCIATES

*/ s /  Mark A. Albert (as authorized on April 8, 2020)*
MARK A. ALBERT
*Attorneys for Plaintiff Jeffrey S. Koenig*

Dated: April 8, 2020

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/ s /  Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants*

### ORDER

In consideration of the parties' stipulation, Plaintiff Jeffrey S. Koenig's complaint is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE